1

2

3

4

5

6                **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF NEVADA**

8

| | | |
|---|---|---|
| CRAIG E. BROWN, | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-cv-00543-RCJ-CWH |
| vs. | ) | |
| | ) | |
| BANK OF AMERICA, N.A. et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

14          This is a foreclosure case involving one property.  The case is not part of Case No. 2:09-

15   md-02119-JAT in the District of Arizona and does not appear eligible for transfer.  Plaintiff

16   brought a single claim for quiet title.  The Court granted a motion to dismiss and denied a motion

17   to remand and a motion to stay.  The Court ordered the Clerk not to enter judgment, and it

18   indicated that Plaintiff could avoid foreclosure while participating in mediation so long as

19   Plaintiff made interim payments to Akerman Senterfitt, LLP to hold in trust.

20          Defendants moved for entry of judgment, arguing that Plaintiff had failed to make any

21   interim payments.  Plaintiff responded that Defendants had failed to attend the mediation.  After

22   oral argument, the Court found that neither side had complied.  Because the suspension of

23   judgment was an equitable act in favor of Plaintiff, and because Plaintiff has failed to do equity,

24   the Court will now enter judgment.

25   ///

1

**CONCLUSION**

2        IT IS HEREBY ORDERED that the Motion for Judgment (ECF No. 32) is GRANTED.

3        IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

4        IT IS SO ORDERED.

5    Dated this 7th day of December, 2011.

6                                                            _____

7                                                            ROBERT C. JONES
                                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25